**ESTHER BOLEN v. MAX BOLEN**

26 So. (2nd) 896
July 19, 1946
Rehearing denied August 2, 1946

June Term, 1946
Division A

*Jack Moore,* for appellant.

*G. A. Worley* and *Jack Kehoe,* for appellee.

PER CURIAM:

Final decree granting divorce and settling property rights between the parties is affirmed, as no reversible error is made to appear.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.